1164

SEPTEMBER 22, 2005

No. 05–6517 (05A271). PEOPLES *v.* ALABAMA. Sup. Ct. Ala. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Certiorari denied.

SEPTEMBER 26, 2005

No. 05A273. HICKEY *v.* UNITED STATES. C. A. 9th Cir. Application for stay, presented to JUSTICE SCALIA, and by him referred to the Court, denied.

SEPTEMBER 27, 2005

No. 04–1581. WISCONSIN RIGHT TO LIFE, INC. *v.* FEDERAL ELECTION COMMISSION. Appeal from D. C. D. C. Probable jurisdiction noted.

No. 04–1324. DAY *v.* CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Motions of Professor John H. Blume et al. and National Association of Criminal Defense Lawyers for leave to file briefs as *amici curiae* granted. Certiorari granted.

No. 04–1327. HOLMES *v.* SOUTH CAROLINA. Sup. Ct. S. C. Certiorari granted limited to Question 1 presented by the petition.

No. 04–1371. MERRILL LYNCH, PIERCE, FENNER & SMITH INC. *v.* DABIT. C. A. 2d Cir. Motion of Securities Industry Association et al. for leave to file a brief as *amici curiae* granted. Certiorari granted.

No. 04–1414. UNITED STATES *v.* GRUBBS. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted.